UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.07cr2773 JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO |
| | ) | CONTINUE MOTION HEARING DATE |
| STEVE WELLS | ) | [Docket No. 11] |
| | ) | |
| Defendants. | ) | |

Upon the joint request of counsel and for good cause being shown, the motion hearing date currently scheduled before Hon. Jeffrey T. Miller on November 16, 2007 is hereby continued to *January 11, 2008 at 11:00 a.m.*

IT IS SO ORDERED.

DATED: November 15, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge