UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR2773-JM |
| Plaintiff, | ) | |
| v. | ) | |
| STEVE WELLS | ) | ORDER DENYING JOINT MOTION TO CONTINUE HEARING [Docket No.22] |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion of all the parties to continue the motion hearing currently scheduled before Judge Miller on **June 6, 2008 at 11:00 a.m.** is DENIED. Counsel shall appear as previously ordered.

**SO ORDERED.**

DATED: June 5, 2008

Hon. Jeffrey T. Miller
United States District Judge